# EXHIBIT 1

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM

FORM DSL 290.1

(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
BRANCH DESERT DISTRICT

COURT I.D. 6120  F-61398

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: SIMMONS, MICHAEL ANTHONY
AKA: D-001

[X] PRESENT
[ ] NOT PRESENT

CASE NUMBER: VCR 4656

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
AMENDED ABSTRACT [ ]

DATE OF HEARING (MO) (DAY) (YR): 9-17-90
DEPT. NO: DD-2
JUDGE: PAUL M. BRYANT
CLERK: BERNADETTE HAWKINS
REPORTER: RHONDA A. BROWN
COUNSEL FOR PEOPLE: E. ELWOOD
COUNSEL FOR DEFENDANT: P. MORRIS
PROBATION NO. OR PROBATION OFFICER: J. ALGOE

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | TERM (L.W.U) | TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PLEASE SEE ATTACHED INDETERMINATE ABSTRACT | | | | | | | | | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC 12036(a)/ 12022.5 | 2 | | | | | | | | | 2 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

4. OTHER ORDERS:

Restitution $10,000.00

5. TIME STAYED § 1170.1(g) (DOUBLE BASE LIMIT):
6. TOTAL TERM IMPOSED: 2 0
7. [ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):
8. EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
E. [ ] OTHER _____

DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR): 9-17-90
CREDIT FOR TIME SPENT IN CUSTODY: 121
TOTAL DAYS INCLUDING: ACTUAL LOCAL TIME 81  LOCAL CONDUCT CREDITS 40
STATE INSTITUTIONS: [ ] DMH  [ ] CDC

9. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
[ ] CALIF. MEDICAL FACILITY – VACAVILLE
[ ] SAN QUENTIN
[X] CALIF. INSTITUTION FOR MEN – CHINO
[ ] DEUEL VOC. INST.
[ ] OTHER (SPECIFY):

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE
DATE: 9-21-90

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document.

**ABSTRACT OF JUDGMENT – COMMITMENT**
SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

DISTRIBUTION:  PINK COPY – COURT FILE    YELLOW COPY – DEPARTMENT OF CORRECTIONS    WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

900607O683

| Insert name of court, branch court, if any, and mailing address | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO<br>DESERT DISTRICT<br>14455 CIVIC DR., VICTORVILLE, CA    92392 | FILED - Desert District<br>San Bernardino County Clerk<br><br>SEP 21 1990<br><br>By Geri L. Wayox<br>Deputy |

| PEOPLE OF THE STATE OF CALIFORNIA | | |
|---|---|---|
| DEFENDANT: SIMMONS, MICHAEL ANTHONY | D-001<br>[X] Present    [ ] Not Present | |
| [ ] JUDGMENT OF COMMITMENT TO:    [X] STATE PRISON    [ ] COUNTY JAIL<br>[ ] ORDER GRANTING PROBATION    [ ] AND MINUTE ORDER | | CASE NUMBER:<br>VCR 4656 |

| Date of hearing: September 17, 1990 | Dept. No.: DD-2 | |
|---|---|---|
| Judge: PAUL M. BRYANT, JR. | Clerk: BERNADETTE HAWKINS | Reporter: RHONDA A. BROWN |
| Counsel for People: E. ELWOOD | Counsel for defendant: P. MORRIS | Probation Officer: J. ALGOE |

1. Defendant was convicted of the commission of the following crime on (Date): June 29, 1990

| Count | Code Section | Crime | Degree | By Jury, Court or Plea (Specify) |
|---|---|---|---|---|
| 1 | PC 187(a) | MURDER | 2ND | JURY |

2. Defendant [ ] was arraigned  [X] waived arraignment for judgment.
3. The court, having read and considered the probation report and no legal cause having been shown why judgment should not be pronounced
   / 2 YRS FOLLOWED BY 15 YRS TO LIFE
   a. [X] Sentences defendant to State Prison for the term prescribed by law.
   b. [ ] Specifies, pursuant to Pen. C. 1202b, the minimum term of imprisonment shall be six months as to count:
   c. [ ] Sentences defendant to County Jail for the period of (Specify number of days):
   d. [ ] Suspends imposition of sentence and defendant is placed on probation for the period of:
      [ ] upon conditions set forth in attachment 3d.
4. [ ] Defendant, convicted of more than one count, shall
   a. [ ] serve the sentence as to each count as follows:
      Count    Consecutive With    Concurrent with

   b. [ ] serve the counts made consecutive in the following order:

5. Defendant shall serve this sentence with respect to any prior uncompleted sentence   a. [ ] concurrently.   b. [ ] consecutively.
   c. [ ] as set forth below or in attachment 5c.

6. Execution of sentence is
   a. [ ] stayed on the following count: . . . . . . . . . . . . . pending appeal, with the stay to become permanent
      when the sentence is completed as to count:
   b. [ ] suspended and defendant is placed on probation for the period of:
      [ ] upon conditions set forth in attachment 6b.
7. [ ] No allegation to enhance punishment was made in count:
8. [ ] It was alleged
   a. [ ] Defendant was armed with a deadly weapon at the time of the commission or attempted commission of the crime charged
      in count: . . . . . . . . . . . [ ] and allegation stricken as to count:

(Continued on reverse side)

This form satisfies the requirements of Penal Code 1213.5 (Abstract of Judgment and Commitment). Singular includes the plural. This form is to be used in judgments other than death. A copy of probation report shall accompany this form pursuant to Penal Code 1203c and a copy of any supplementary probation report shall be transmitted to the Department of Corrections. Attachments may be used but must be incorporated by reference.

Form Approved by the
Judicial Council of California
Effective July 1, 1976

**JUDGMENT-COMMITMENT**

Pen C. 644, 969c, 969d, 1203, 1213.5,
3024, 12022, 12022.5.

b. ☐ Defendant used a firearm in count: . . . . . . . . ☐ and allegation stricken as to count: . . . . . . . 
c. ☐ Defendant was armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024
  ☐ and allegation stricken.
d. ☐ Other (Specify and indicate if stricken): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

9. ☐ The Court finds the defendant
  a. ☐ was armed at the time of commission or attempted commission of the crime with a deadly weapon within the meaning of
    (1) ☐ Pen C. 3024 as to count: . . . . . . . . ☐ but strikes the finding as to count: . . . . . . . . . . . 
    (2) ☐ Pen C. 12022 as to count: . . . 1 . . . . . ☐ but strikes the finding as to count: . . . . . . 
    (3) ☐ Pen C. 1203 (Specify weapon): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 
        as to count: . . . . . . . . . . ☐ but strikes the finding as to count: . . . . . . . . . . . . . . . 
  b. ☐ was not armed at the time of commission or attempted commission of the crime within the meaning of
    (1) ☐ Pen C. 3024 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 
    (2) ☐ Pen C. 12022 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 
    (3) ☐ Pen C. 1203 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 
  c. ☒ did use a firearm as to count: . . . 1* . . . . . . . ☐ but strikes the finding as to count: . . . . . . . 
    (1) ☐ The use was one use for the following counts: . . . . . . . . . . . . . . . The additional penalty shall
        run consecutively to the sentence on the last count to be served.
  d. ☐ did not use a firearm as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 
  e. ☐ was armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024 ☐ but strikes
        the finding.
  f. ☐ was not armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024.
* g. ☒ Other (Specify and indicate if stricken):
    PC 12036(a)(1)/12022.5

10. ☐ Prior convictions which affect defendant's sentence were alleged and disposed of ☐ as follows ☐ as set forth in
    attachment 10.

| Conviction date | Jurisdiction | Crime and code Section | Applies to Count | Disposition |
|---|---|---|---|---|
| | | | | |

11. The court finds defendant  a. ☐ is  ☐ is not an habitual criminal under Pen C. 644a.
                               b. ☐ is  ☐ is not an habitual criminal under Pen C. 644b.
12. The court pronounced sentence on (Date): September 17, 1990 and defendant was held in custody, through and including
    the date of pronouncement of sentence for (Total no. of days): 121 . . . . . . . as follows

| Count | Time other than Dept. of Corrections | Dept. of Corrections Time |
|---|---|---|
| 1 | 81 ACT. + 40 GOOD/WORK | |

13. Defendant is remanded to the custody of the Sheriff
  a. ☐ For the period of (Specify no. of days): . . . . ☐ upon conditions and recommendations set forth in attachment 13a.
  b. ☒ To be delivered  ☒ at the earliest convenient time  ☐ after 48 hours, excluding Saturdays, Sundays and holidays
     [Pen C. 1203c] into the custody of the Director of Corrections at
    (1) ☐ California Institution for Women—Frontera    (3) ☒ California Institution for Men—Chino
    (2) ☐ California Men's Facility—Vacaville           (4) ☐ Other:
14. ☐ The court requests a copy of the diagnostic study and recommendations as provided in Pen C. 1168.
15. The court advised defendant of all appeal rights as required in CRC Rule 250 and defendant acknowledged understanding them.
16. ☐ Other (See attachment 16)

Dated: SEP 21 1990    PAUL M. BRYANT, JR.
                     (Type or print name)                    (Signature of Judge of the Superior Court)

TOTAL NO. of boxes checked

**CLERK'S CERTIFICATE**
I hereby certify that the foregoing is a correct copy of the original on file in my office.
                                                              Clerk of the superior Court

[Seal]              SEP 21 1990  By _____ Deputy