# EXHIBIT 8

**ORIGINAL**

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

## ORDER

FILED
JAN 2 3 2007
COURT OF APPEAL FOURTH DISTRICT

In re

MICHAEL SIMMONS

on Habeas Corpus.

E042117

(Super.Ct.Nos. VCR4656 & SWHSS8914)

The County of San Bernardino

THE COURT

The petition for writ of habeas corpus is DENIED.

_____
                  Acting P. J.

cc:   See attached list

MAILING LIST FOR CASE: E042117


Correctional Training Facility
Michael Simmons
E70748
P.O. Box 689
Soledad CA 93960 0689




District Attorney Appellate Services Unit
San Bernardino County
412 Hospitality Lane, First Floor
San Bernardino CA 92415 0042




Office of the State Attorney General
P. O. Box 85266
San Diego CA 92186 5266




Superior Court Clerk
San Bernardino County
401 N. Arrowhead Ave.
San Bernardino CA 92415