# EXHIBIT 10

RECEIVED IN CRIMINAL DOCKETING

Court of Appeal, Fourth Appellate District, Div. 2 - No. E042117

S149924

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re MICHAEL SIMMONS on Habeas Corpus

The petition for review is denied.

George, C.J., was absent and did not participate.

SUPREME COURT
FILED

APR 1 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**MORENO**
_____
Acting Chief Justice