IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANTHONY SIMMONS, | ) | |
| Petitioner, | ) | No. C 07-4537 CRB (PR) |
| vs. | ) | ORDER |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

Respondent has filed a motion to dismiss the petition as moot. Petitioner shall file an opposition, or notice of non-opposition, by no later than May 29, 2009, and respondent shall file a reply to any opposition within 15 days of receipt.

SO ORDERED.

DATED: May 4, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Simmons, A2.or1.wpd